# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|   |   |   |   |
|---|---|---|---|
| **Debtor:** | JENNIFER A. O'ROURKE | | |
| **Case Number:** | 4:07-BK-02457-JMM | **Chapter:** | 13 |
| **Date / Time / Room:** | MONDAY, OCTOBER 05, 2009 11:15 AM   COURTROOM 329 | | |
| **Bankruptcy Judge:** | JAMES M. MARLAR | | |
| **Courtroom Clerk:** | CINDY TURNBULL | | |
| **Reporter / ECR:** | BEVERLY GRANILLO | | |

## *Matter:*

FINAL HEARING ON MOTION FOR RELIEF FROM STAY FILED BY NATIONAL CITY MORTGAGE CO.

**R / M #:**   49 / 0

## *Appearances:*

CRAIG MORRIS, ATTY FOR DIANNE C. KERNS, TRUSTEE
WAYNE MORTENSEN, ATTORNEY FOR JENNIFER A. O'ROURKE, APPEARING BY PHONE
LEONARD J. MCDONALD, ATTORNEY FOR NATIONAL CITY MORTGAGE, APPEARING BY PHONE

## *Proceedings:*

MR. MORTENSEN STATES HE IS WAITING FOR A STIPULATION.  HE REQUESTS A CONTINUANCE.

MR. MCDONALD STATES A STIPULATION WAS SENT OUT ON JULY 31, 2009.  HE CAN EITHER CONTINUE THIS, OR UPLOAD AN ORDER WITH OUT MR. MORTENSEN'S SIGNATURE.

COURT:  THIS MATTER WILL BE CONTINUED TO OCTOBER 26, 2009 AT 11:15 A.M.